

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>*Eleuterio Medina-Sanchez,* )<br>*et al* )<br>Defendant(s) )<br> ) | CRIMINAL NO. _08mj8367_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. _06264298_ |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Lizett Munoz*

DATED: ___5/15/08___

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Flores_
        Deputy Clerk

CLERK'S COPY
mc500 Crlm-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082