# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>*Eleuterio Medina-Sanchez,* )<br>*et al* )<br>Defendant(s) ) | CRIMINAL NO. 08mj8367<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. 0696298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Javier Baeza-Hernandez

DATED: 5/15/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                         ☆ U.S. GPO: 2003-581-774/70082