UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAY 30 A 9 42

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj8367 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Eleuterio Medina-Sanchez ) | |
| ) | Booking No. 06260898 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Maria Flor Gonzalez-Figueroa

DATED: 5/29/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _F. Feeres_
            Deputy Clerk   Flores

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082